UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: <br> NATIONAL JOCKEY CLUB, <br><br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:   06-13247 <br><br> Chapter:  11 <br> Honorable Pamela S. Hollis |

## ORDER ENTERING FINAL DECREE AND CLOSING BANKRUPTCY CASE

At Chicago, Illinois this 20th day of February 2014.

This cause coming to be heard upon the motion of the Estate Representative, for the entry of a final decree in accordance with Bankruptcy Rule 3022 and Local Rule 3022-1 (the "Motion"); adequate notice of the Motion having been provided and no further notice hereof being necessary under the circumstances; the Court having heard and considered the statements of counsel present; no parties having been heard to object to the entry hereof; and the Court being otherwise fully advised in the premises and finding that the estate of the Debtor has been fully administered for purposes hereof;

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

(1) The Motion be and hereby is granted; and

(2) The above-captioned chapter 11 case is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  February 20, 2014

**Prepared by:**