```
         IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION


In re:                      )
                            )    06 B 13247
NATIONAL JOCKEY CLUB,       )    Chicago, Illinois
                            )    10:00 a.m.
         Debtor.            )    February 20, 2014




        TRANSCRIPT OF PROCEEDINGS BEFORE THE
              HONORABLE PAMELA S. HOLLIS




APPEARANCES:

For Debtor:           Mr. Nathan Q. Rugg;


For U.S. Trustee:     Ms. Kathryn Gleason;

Court Reporter:       Danielle White, CSR, RPR
                      U.S. Courthouse
                      219 South Dearborn
                      Room 661
                      Chicago, Illinois, 60604.
```

```
 1                THE CLERK:  National Jockey Club,
 2    06 B 13247.
 3                MS. GLEASON:  Katy Gleason on
 4    behalf of the United States Trustee.
 5                MR. RUGG:  Good morning, Your
 6    Honor.  Nathan Rugg on behalf of the estate
 7    representative.
 8                THE COURT:  Good morning.
 9                Did the motion really have to
10    recite the entire history of the case?
11                MR. RUGG:  Your Honor, in light
12    of the fact that it was an '06 case, a roller
13    coaster ride of a case --
14                THE COURT:  Well, I'm more than
15    familiar with it.
16                MR. RUGG:  -- and the fact that
17    it was going to all the creditors and the
18    payments came -- general -- five unsecured
19    creditors were paid in full, but it came eight
20    years later, the estate representative thought
21    it was worthwhile to give a detailed history.
22                THE COURT:  Maybe to foreclose
23    objections or something.  But everybody got
24    paid in full.
25                MS. GLEASON:  I know.  What a
```

1  great outcome.
2                  THE COURT:  Who could gripe?
3                  MR. RUGG:  Well, apparently no
4  one.
5                  THE COURT:  It took eight years,
6  but 100 percent is pretty good.
7                  MR. RUGG:  We agree, Your Honor.
8                  THE COURT:  Ms. Gleason?
9                  MS. GLEASON:  No objection.
10                 THE COURT:  Well, I can only say
11 congratulations, Mr. Rugg.
12                 MS. GLEASON:  Yes.
13                 THE COURT:  You've been the one
14 that's kind of stuck through this through the
15 thick and thin.  And everybody really worked
16 together, which, to me, a lot of times is a
17 mark of excellent lawyers because they
18 understand the leverage that exists on both
19 sides in bankruptcy.  It's one of the most
20 balanced areas of law going, so the fact that
21 you guys were able to pull it off is great.
22                 Is there anything further other
23 than me just entering the final decree?
24                 MS. GLEASON:  No.
25                 MR. RUGG:  Not that we're aware

```
 1  of, Your Honor.  Thank you.
 2                THE COURT:  Thank you.  And we'll
 3  see you maybe in another case.
 4                MR. RUGG:  Thank you for the
 5  comments, Your Honor.
 6          (Which were all the proceedings had
 7              in the above-entitled cause,
 8              February 20, 2014, 10:00 a.m.)
 9
10  I, DANIELLE WHITE, CSR, RPR, DO HEREBY CERTIFY
11  THE FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT
12  OF PROCEEDINGS HAD IN THE ABOVE-ENTITLED CAUSE.
13
14
15
16
17
18
19
20
21
22
23
24
25
```